NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| QUALITY UPTIME SERVICES,<br><br>Plaintiff,<br><br>v.<br><br>BASIS SYSTEMS INC., BIAH USA, INC., BRAGA SYSTEMS INC., and EXCELL COMMUNICATIONS,<br><br>Defendant. | Civil Action No. 23-3872 (JKS) (CLW)<br><br>**ORDER**<br><br>June 28, 2024 |

**SEMPER**, District Judge.

This matter comes before the Court on Magistrate Judge Cathy L. Waldor's Report and Recommendation (ECF 23, "R&R"), issued on June 13, 2024, recommending that this Court grant in part and deny in part Defendants' motion to dismiss or transfer, (ECF 10, "Motion"). No objections were filed. This Court has considered the parties' submissions and Judge Waldor's R&R, and for substantially the same reasons stated in Judge Waldor's R&R,

**IT IS** on this 28th day of June 2024,

**ORDERED** that Defendants' Motion (ECF 10) is **GRANTED IN PART** and **DENIED IN PART** in accordance with Judge Waldor's R&R; and it is further

**ORDERED** that Count Two of Plaintiff's Amended Complaint is dismissed as to all Defendants for lack of personal jurisdiction; and it is further

**ORDERED** that the balance of Defendants' Motion is **DENIED**; and it is further

**ORDERED** that this Court adopts Judge Waldor's June 13, 2024 R&R. (ECF 23.)

**SO ORDERED**.

*/s/ Jamel K. Semper*
**HON. JAMEL K. SEMPER**
**United States District Judge**

Orig:	Clerk
cc:	Cathy L. Waldor, U.S.M.J.
	Parties